| | | | |
|---|---|---|---|
| Com. v. Salley [9] .... | 06/01/2016 800 MAL (2015) | Denied | Pa.Super., 105 A.3d 24 |
| Com. v. Saunders .. | 06/15/2016 706 EAL (2015) | Denied | Pa.Super., 134 A.3d 102 |
| Com. v. Shealey .... | 05/31/2016 441 WAL (2015) | Denied | Pa.Super., 122 A.3d 1123 |
| Com. v. Speece [10] ... | 06/01/2016 790 MAL (2015) | Denied | Pa.Super., 133 A.3d 75 |
| Com. v. Spence .... | 05/24/2016 16 WAL (2016) | Denied | Pa.Super., 135 A.3d 658 |
| Com. v. Spuck [11] ... | 06/15/2016 131, 132 WAL (2016) | Denied | Pa.Super., 135 A.3d 659 |
| Com. v. Steckley [12].. | 05/24/2016 988 MAL (2015) | Denied | Pa.Super., 128 A.3d 826 |
| Com. v. Trinidad ... | 05/24/2016 707 EAL (2015) | Denied | Pa.Super., 64 A.3d 279 |
| Com. v. Trumper [13] | 05/24/2016 926 MAL (2015) | Denied | Pa.Super., 122 A.3d 1146 |
| Com. v. Wallace .... | 06/15/2016 120 MAL (2016) | Denied | Pa.Super., 134 A.3d 501 |
| Com. v. Weaver [14] .. | 06/01/2016 836 MAL (2015) | Denied | Pa.Super., 134 A.3d 94 |

9. Justice WECHT did not participate in the consideration or decision of this matter.

10. Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

11. Justice WECHT did not participate in the consideration or decision of this matter.

12. Justice WECHT did not participate in the consideration or decision of this matter.

13. Justice WECHT did not participate in the consideration or decision of this matter.

14. Justice DONOHUE did not participate in the consideration or decision of this matter.